IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
No. 5:18-cv-131-GCM

FILED
CHARLOTTE, NC
MAY - 9 2019
US DISTRICT COURT
WESTERN DISTRICT OF NC

| | |
|---|---|
| JAMES WILSON, | ) |
| Plaintiff, | ) |
| v. | ) **CONSENT ORDER** |
| NANCY BERRYHILL,<br>Acting Commissioner of Social Security, | ) |
| Defendant. | ) |

This action being submitted to the Court for entry of a Consent Order agreed to by the parties; and it appearing that the parties have agreed that the Commissioner of Social Security should pay the sum of $4,400.00, in full and final settlement of all claims arising under the Equal Access to Justice Act ("EAJA"). *See* 28 U.S.C. § 2412(d).

It is therefore ORDERED that the Commissioner of Social Security pay to Plaintiff the sum of $4,400.00, in full satisfaction of any and all claims arising under EAJA, 28 U.S.C. § 2412(d), and upon the payment of such sum this case is dismissed with prejudice. If the award to Plaintiff is not subject to the Treasury Offset Program, payment will be made by check payable to Plaintiff's counsel, Charlotte W. Hall of the Charles T. Hall Law Firm, and mailed to her office at P.O. Box 10629 Raleigh, North Carolina 27605, in accordance with Plaintiff's assignment to his attorney of his right to payment of attorney's fees under the EAJA. If the payment is subject to offset, then any remaining fee will be made payable to Plaintiff and mailed to Plaintiff's counsel's office address.

This the ___ day of MAY, 2019,

*/s/ Graham C. Mullen*
Senior United States District Judge